STATE, *ex rel.* E. DIXIE BEGGS, as State Attorney, v. L. L. FABISINSKI, as one of the Judges of the First Judicial Circuit.

172 So. 685.

Order Entered June 11, 1936.

Rehearing Denied July 6, 1936.

*E. Dixie Beggs, Jr.,* for Relator;

*L. L. Fabisinski, in pro. per.,* for Respondent.

PER CURIAM.—This cause coming on to be heard upon petition of the Relator for an alternative writ of mandamus to be directed to the Respondent hereinabove named and said petition having been duly considered, it is ordered and adjudged by the Court that the said petition be and it is hereby denied on the authority·of the decision of this Court in the case of State, *ex rel.* Landis, v. Lewis, 160 Sou. Rep. 485.

WHITFIELD, C. J., and TERRELL, BROWN, BUFORD and DAVIS, J. J., concur.

ELLIS, P. J., dissents.